IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**J & J SPORTS PRODUCTIONS**                                                                 **PLAINTIFF**

VS.                          CASE NO. 4:07CV00630 JMM

**MIKE PEDIGO, ET AL.**                                                                          **DEFENDANTS**

## ORDER

The Motion for Entry of Appearance *Pro Hac Vice* is granted (#3). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Thomas P. Riley is hereby permitted to appear and participate in this action as counsel for plaintiff. Pursuant to Local Rule 83.5(d) the requirement that Thomas P. Riley designate local counsel is waived subject to further Order of the Court.

IT IS SO ORDERED this  22   day of August, 2007.

_____
James M. Moody
United States District Judge