IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**J & J SPORTS PRODUCTIONS, INC.**                                    **PLAINTIFF**

**VS.**                                   **NO. 4:07CV00630**

**MIKE PEDIGO, et. al.**                                        **DEFENDANTS**

## ORDER

Pursuant to the stipulation of dismissal filed in this matter, docket # 5, Plaintiff's complaint against Mike Pedigo, individually and d/b/a Smokey's Pub; and Smoke Aters, Inc., an unknown business entity d/b/a Smokey's Pub is hereby dismissed without prejudice subject to the court's jurisdiction to enforce the settlement agreement reached between the parties.

IT IS SO ORDERED this 24th day of October, 2007.

                                                              _____
                                                              James M. Moody
                                                              United States District Judge

1